# EXHIBIT 1

STATE OF SOUTH CAROLINA )
) IN THE COURT OF COMMON PLEAS
COUNTY OF _CHARLESTON_ )
)
_Ronald E. Doyle (Pro Se)_ )
) CIVIL ACTION COVERSHEET
**Plaintiff(s)** )
) _2020_ -CP - _10_ - _5023_
)
vs. )
)
_Louis Vuitton USA, Inc._ )
)
**Defendant(s)** )

Submitted By: _Ronald E. Doyle_               SC Bar #: _____
Address: _2017 Shields Lane_                  Telephone #: _843-301-3027_
_Mount Pleasant, SC 29466_                    Fax #: _____
_(843) 301-3027_                              Other: _____
                                              E-mail: _rdoyle@oklawyer4u.com_

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing cases that are NOT E-Filed. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint. This form is NOT required to be filed in E-Filed Cases.

## DOCKETING INFORMATION  (*Check all that apply*)
### *If Action is Judgment/Settlement do not complete*

☑ **JURY TRIAL** demanded in complaint.    ☐ **NON-JURY TRIAL** demanded in complaint.
☐ This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☑ This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR. (Proof of ADR/Exemption Attached)

## NATURE OF ACTION (*Check One Box Below*)

| Contracts | Torts - Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| ☐ Constructions (100) | ☐ Dental Malpractice (200) | ☐ Conversion (310) | ☐ Claim & Delivery (400) |
| ☐ Debt Collection (110) | ☐ Legal Malpractice (210) | ☐ Motor Vehicle Accident (320) | ☐ Condemnation (410) |
| ☐ General (130) | ☐ Medical Malpractice (220) | ☐ Premises Liability (330) | ☐ Foreclosure (420) |
| ☐ Breach of Contract (140) | Previous Notice of Intent Case # | ☐ Products Liability (340) | ☐ Mechanic's Lien (430) |
| ☐ Fraud/Bad Faith (150) | 20____-NI-_____-_____ | ☐ Personal Injury (350) | ☐ Partition (440) |
| ☐ Failure to Deliver/ Warranty (160) | ☐ Notice/ File Med Mal (230) | ☐ Wrongful Death (360) | ☐ Possession (450) |
|  | ☐ Other (299) _____ | ☐ Assault/Battery (370) | ☐ Building Code Violation (460) |
| ☐ Employment Discrim (170) |  | ☐ Slander/Libel (380) | ☐ Other (499) _____ |
| ☐ Employment (180) |  | ☐ Other (399) _____ |  |
| ☑ Other (199) **Disability Discr.** |  |  |  |

| Inmate Petitions | Administrative Law/Relief | Judgments/Settlements | Appeals |
|---|---|---|---|
| ☐ PCR (500) | ☐ Reinstate Drv. License (800) | ☐ Death Settlement (700) | ☐ Arbitration (900) |
| ☐ Mandamus (520) | ☐ Judicial Review (810) | ☐ Foreign Judgment (710) | ☐ Magistrate-Civil (910) |
| ☐ Habeas Corpus (530) | ☐ Relief (820) | ☐ Magistrate's Judgment (720) | ☐ Magistrate-Criminal (920) |
| ☐ Other (599) | ☐ Permanent Injunction (830) | ☐ Minor Settlement (730) | ☐ Municipal (930) |
| _____ | ☐ Forfeiture-Petition (840) | ☐ Transcript Judgment (740) | ☐ Probate Court (940) |
|  | ☐ Forfeiture—Consent Order (850) | ☐ Lis Pendens (750) | ☐ SCDOT (950) |
|  | ☐ Other (899) | ☐ Transfer of Structured Settlement Payment Rights Application (760) | ☐ Worker's Comp (960) |
|  |  |  | ☐ Zoning Board (970) |
|  |  |  | ☐ Public Service Comm. (990) |
|  |  | ☐ Confession of Judgment (770) | ☐ Employment Security Comm (991) |

| Special/Complex /Other |  | | |
|---|---|---|---|
| ☐ Environmental (600) | ☐ Pharmaceuticals (630) | ☐ Petition for Workers Compensation Settlement Approval (780) | ☐ Other (999) |
| ☐ Automobile Arb. (610) | ☐ Unfair Trade Practices (640) |  |  |
| ☐ Medical (620) | ☐ Out-of State Depositions (650) | ☐ Incapacitated Adult Settlement (790) |  |
| ☐ Other (699) _____ | ☐ Motion to Quash Subpoena in an Out-of-County Action (660) | ☐ Other (799) _____ |  |
| ☐ Sexual Predator (510) | ☐ Pre-Suit Discovery (670) |  |  |
| ☐ Permanent Restraining Order (680) |  |  |  |
| ☐ Interpleader (690) |  |  |  |

**Submitting Party Signature:** _[signature]_               Date: _10.27.2020_

**Note:** Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

SCCA / 234 (02/2018)                              Page 1 of 2

STATE OF SOUTH CAROLINA,                )
                                        )       IN THE COURT OF COMMON PLEAS
COUNTY OF   *CHARLESTON*                 )
                                        )
*RONALD E. DOYLE (PRO Se)*               )       SUMMONS
                            Plaintiff,   )
                                        )
vs.                                     )       FILE NO. *2020* -CP- *10* - *5023*
                                        )
*Louis Vuitton USA, INC.*                )
                            Defendant.   )

TO THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

*CHARLESTON*                             , South Carolina

                                        Plaintiff/Attorney for Plaintiff

Dated: *10-27-2020*

Address:  *2017 SHIELDS LANE, MT. Pleasant, SC 29466*

*REGISTERED AGENT:*

*Corporation Service Co.*
*508 Meeting ST.*
*WEST Columbia, SC*
            *29169*

SCCA 401 (5/02)

STATE OF SOUTH CAROLINA)　　IN THE COURT OF COMMON PLEAS
COUNTY OF CHARLESTON　　)
　　　　　　　　　　　　　　)
Ronald E. Doyle,　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　)
v.　　　　　　　　　　　　　)　　2020-CP-10-5023
　　　　　　　　　　　　　　)
Louis Vuitton USA, Inc.　　　)
A Delaware Corporation　　　)
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　)

## REGISTERED AGENT:

CORPORATION SERVICE COMPANY
508 Meeting Street
West Columbia, SC 29169

## COMPLAINT

**Comes Now** Plaintiff, Ronald E. Doyle, and for his cause of action states the following:

1. Plaintiff is a resident of South Carolina;

2. Defendant, Louis Vuitton USA, Inc., is a foreign corporation, licensed in the State of Delaware with a retail outlet in Charleston, SC and online/e-commerce sales throughout South Carolina;

3. Plaintiff is a member of a protected class, a disabled individual as defined by the Americans With Disabilities Act of 1990 42 U.S.C. 126 § 12101 et seq.;

4. Defendant is aware of Plaintiff's specific disabilities and has been aware at all times relevant to this action;

5. Plaintiff is a substantial consumer of Defendant's exclusive products, goods and services;

6. Defendant maintains a sizable e-commerce internet presence which offers the Defendant's exclusive luxury goods, products and services for sale to the general public;

7. Plaintiff's disabilities constrain in-person shopping at Defendant's retail outlet forcing Plaintiff into a compromised situation by requiring his utilization of in-store commerce and greatly and dangerously exacerbating Plaintiff's disabilities and increasing danger to Plaintiff and others.

8. Plaintiff utilized Defendant's on-line shopping opportunities to purchase several products and goods on October 10, 2019; October 16, 2019; and, October 18, 2019;

9. Plaintiff experienced problems with the goods delivered and problems with missing goods;

10. Plaintiff made a good faith effort to resolve the problems/issues with the Defendant/merchant to no avail;

11. Plaintiff subsequently, pursuant to statutory rights granted by the Truth In Lending Act, 15 U.S.C. § 1635 et seq. as implemented by Regulation Z, 12 C.F.R., Part 226, specifically, § 226.12(c), and disputed a portion of the charges for the goods billed on Plaintiff's Platinum American Express™ credit card;

12. In a discriminatory, retaliatory and deliberate action, Plaintiff was placed on Defendant's internet "no-sales" list for exercising his statutory rights to dispute the pertinent erroneous charges;

13. Plaintiff is prohibited from access to Defendant's website e-commerce purchasing platform simply for causing a temporary "chargeback," although the ultimate result was a mutually satisfactory resolution and Defendant suffered no financial loss;

14. Plaintiff alleges discrimination involving public accommodations by Defendant's intentional, capricious actions in blocking Plaintiff's rightful access to its sales website in violation of South Carolina's Bill of Rights for Handicapped Persons, 43-33-510, et seq. and the Americans With Disability Act of 1990;

15. Plaintiff reserves the right to amend the pleadings to include as Plaintiffs, *Those Similarly Situated*, upon discovery which will more likely than not expose a pattern and practice of this discriminatory and unconscionable conduct by Defendant.

2

Plaintiff respectfully requests equitable relief in the form of a Court Order requiring Defendant to remove any and all barriers to web accessibility for disabled persons as permissible by virtue of 42 U.S.C. § 2003a-3(a) and S.C. 43-33-560 and provide public notice of the removal of this barrier to web access commerce for those individuals identifying as disabled by the ADA or applicable state accessibility laws.

Additionally, Plaintiff prays for five thousand dollars ($5,000) in actual damages, plus attorney's fees and the costs associated with bringing forth this action.

Respectfully Submitted

Ronald E. Doyle (*Pro Se)*
2017 Shields Lane
Mount Pleasant, SC 29466
(843) 301-3027

Date: November 10, 2020

3



# Office of the Sheriff
# LEXINGTON COUNTY
## Bryan "Jay" Koon

State Of SOUTH CAROLINA    )
                           )        Affidavit of Service
COUNTY OF LEXINGTON        )

Case #:2020CP1005023

RONALD E DOYLE

-vs-

LOUIS VUITTON INC

The undersigned, being duly sworn, says on oath that he/she served the

DISCOVERY REQUESTS in this action by delivering same to: AGENT FOR SERVICE,

SAVANNAH POPE PERSONAL SERVICE And leaving with him/her one copy of same at

508 MEETING ST WEST COLUMBIA SC 29169 on the 1 of December, 2020 at 14:15

Hrs. And that Defendant/Respondent is not a member of the U.S. Forces.

Signed

NATHANIEL COLLINS, SERGEANT, LCSD

Sworn to before me on this
2 day of December, 2020

Notary Public for South Carolina
My Commission Expires: 2.25.24



A Nationally Accredited Law Enforcement Agency
P.O. Box 639 Lexington, South Carolina 29071 (803) 785-8230, Fax (803) 785-1162



# Office of the Sheriff
# LEXINGTON COUNTY
## Bryan "Jay" Koon

State Of SOUTH CAROLINA    )
                           )    Affidavit of Service
COUNTY OF LEXINGTON        )

Case #:2020CP1005023

RONALD E DOYLE

-vs-

LOUIS VUITTON USA INC

The undersigned, being duly sworn, says on oath that he/she served the
SUMMONS AND COMPLAINT in this action by delivering same to: AGENT FOR
SERVICE, SAVANNAH POPE PERSONAL SERVICE And leaving with him/her one copy of
same at 508 MEETING ST WEST COLUMBIA SC 29169 on the 1 of December, 2020 at
14:15 Hrs. And that Defendant/Respondent is not a member of the U.S. Forces.

Signed _____
       NATHANIEL COLLINS, SERGEANT, LCSD

Sworn to before me on this
2 day of December, 2020

_____
Notary Public for South Carolina
My Commission Expires: 2.25.26



A Nationally Accredited Law Enforcement Agency
P.O. Box 639 Lexington, South Carolina 29071 (803) 785-8230, Fax (803) 785-1162